IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN PAUL HOWEY,<br><br>            Plaintiff,<br><br>     v.<br><br>NO DEFENDANT LISTED,<br><br>            Defendant. | Civil Action<br>No. 16-8046 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Sean Paul Howey seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

**February 21, 2017**        s/ Jerome B. Simandle
Date                         JEROME B. SIMANDLE
                             Chief U.S. District Judge